IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

v.     No. 4:19-cr-530-DPM-6

TIFFANY HUGGINS     DEFENDANT

## ORDER

Tiffany Huggins was originally charged with conspiring to distribute methamphetamine, crack cocaine, and cocaine. She was also charged with possessing a gun in furtherance of drug trafficking and using a phone as part of the drug conspiracy. The United States dismissed those charges after she waived indictment and pleaded to a new count of conspiring to distribute between five and ten kilograms of marijuana. Her advisory guidelines range was ten to sixteen months in prison. The Court varied down, without objection, to two years of probation.

Huggins has moved to end her probation three months early. She has done well since being sentenced and should be commended for it. But reducing her sentence further would not promote respect for the law or reflect the seriousness of her offense. 18 U.S.C. 3553(a). Her motion, *Doc. 337*, is therefore denied.

-2-

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

29 May 2025